# EXHIBIT 8





Sign In or Join Free | Currency:

Home | Home&Garden | Luggage&Travel | Dining chair | Sports&Outdoors | New Arrivals

Online Shopping
Department

Go | 0 Cart | My Acco

Your position: Home > Home&Garden > Trash can

## New 13-Gallon Touch Free Sensor Automatic Touchless Trash Can Kitchen Office

This 13-Gallon touchless trash can is a perfect trash container.

Item Code: TC-1350R

Write a review

Have a question?

Price: USD $112.99

Size Chart | Color Chart

Select Color

Quantity: 1 Units

Add to Cart | Buy Now

Description | Size Chart | Color Chart

**Product Description:**

This 13-Gallon touchless trash can is a perfect trash container. With its intelligent capabilities and sophisticated design, this garbage can makes an ideal upgrade for any kitchen decor. With the equipped infrared technology, this kitchen binhelps keep cooking and dining areas clean and smelling fresh. 6" above the infrared panel, the lid will open automatically Press the manual button OPEN on the control panel, the lid will open all the time, press CLOSE, then it will colse.

**Features:**

Brand New, Fingerprint-resistant brushed stainless steel
13-Gallon Automatic Stainless-Steel Trash Can
On/off button and an open close button for when you want the lid to stays open and sensor off
Anti-fingerprint commercial grade stainless steel, best for kitchen, office, living room and bedroom
Size:11.37 x 16.10 x 25.31 inch
Powered by 4 D size batteries (not included)

Customer Reviews

Average rating:

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Share your thoughts with other customers

Write a review

**You May Like**

New Wood Slats Met Platform Bed Frame Mattr..
**$117.99**

New Fold Down Chai Flip Out Lounger Converti..
**$199.99**

New Makeup Table Set With Tri Folding Mirror ..
**$224.99**

New Twin Size Metal Framed Daybed with Trundl..
**$349.99**

New Twin Size Daybed Metal Scrolle Day Bed P..
**$174.99**

New Metal Twin Size Daybed Frame With Metal S..
**$349.99**

New Outdoor Patio Sofa Furniture Wicke Ratta..
**$164.99**

New Set of 2 Modern
Design Fabric Armles
Acc..
**$237.99**

New Modern Design
Fabric Armless Accer
Dinin..
**$174.99**

Like us
on Facebook

Follow us
on Twitter

Pin us
on Pinterest

Watch us
on YouTube

Follow us
on Google

Follow us
on Instagram

**Member**

WishList

Order Tracking

Change Account

Create an Account

**Overview**

PAYMENT METHODS

SHIPPING & RETURNS

Location & Working Hours

**Newsletter**

For updates, special offers and promotions

Subscribe

Home   |   New Arrivals   |   Hot Sales   |   Best Deals   |   Special Offer

Factory Direct Wholesale,LLC        POWERED BY UEESHOP