# EXHIBIT 15

Sign In or Join Free    Currency:  USD

Home    Home&Garden    Luggage&Travel    Dining chair    Sports&Outdoors

Online Shopping
Department                                                      Go        0  Cart

Your position: Home > Home&Garden > Trash can



### New 13-Gallon Touch Free Sensor Automatic Touchless Trash Can Kitchen Office

This 13-Gallon touchless trash can is a perfect trash container.

Item Code: TC-1350R

Write a review
Have a question?

Price: USD  $112.99

Size Chart    Color Chart

Select Color

Quantity: 1  Units

Add to Cart    Buy Now

---

**Description** | Size Chart | Color Chart

**Product Description:**

This 13-Gallon touchless trash can is a perfect trash container. With its intelligent capabilities and sophisticated design, this garbage can makes an ideal upgrade for any kitchen decor. With the equipped infrared technology, this kitchen binhelps keep cooking and dining areas clean and smelling fresh. 6" above the infrared panel, the lid will open automatically Press the manual button OPEN on the control panel, the lid will open all the time, press CLOSE, then it will colse.

**Features:**

Brand New, Fingerprint-resistant brushed stainless steel
13-Gallon Automatic Stainless-Steel Trash Can
On/off button and an open close button for when you want the lid to stays open and sensor off
Anti-fingerprint commercial grade stainless steel, best for kitchen, office, living room and bedroom
Size:11.37 x 16.10 x 25.31 inch
Powered by 4 D size batteries (not included)

Customer Reviews

### You May Like



New 8-Inch Memory Foam King-Size Mattress Wit..
$499.99

New 8inch Queen Size Firm Memory Foam Mattres..
$399.99

New 8 Inch Full size Memory Foam Mattress Med..
$349.99

New White Memory Foam 8 Inch Comfort Mattress..
$274.99

New Outdoor 3PC Rattan Patio Furniture Sets R..
$372.99

New 4" Folding Portable Mattress ,Sofa Bed fo..

| Average rating: | 5 star | 0% | Share your thoughts with other customers | | $149.99 |
| --- | --- | --- | --- | --- | --- |
| | 4 star | 0% | | | |
| | 3 star | 0% | Write a review | | New Garden Rocking Rest Adirondack Wood Chair.. |
| | 2 star | 0% | | | $149.99 |
| | 1 star | 0% | | | |
| | | | | | New PU Leather Bar Stools Modern Swivel Dinni.. |
| | | | | | $174.99 |
| | | | | | New Pop-Up Canopy Tent With Sidewalls 10'x20'.. |
| | | | | | $262.99 |

**Member**

WishList
Order Tracking
Change Account
Create an Account

**Overview**

PAYMENT METHODS
SHIPPING & RETURNS
Location & Working Hours

**Newsletter**

For updates, special offers and promotions

Subscribe

Home    |    New Arrivals    |    Hot Sales    |    Best Deals    |    Special Offer

Factory Direct Wholesale,LLC    POWERED BY UEESHOP