LOCKE LORD LLP
Bryan G. Harrison (*pro hac vice*)
bryan.harrison@lockelord.com
Terminus 200, Suite 1200
3333 Piedmont Road, N.E.
Atlanta, Georgia 30305
Telephone: (404) 870-4600

Alan B. Clement (*pro hac vice*)
aclement@lockelord.com
Brookfield Place, 20th Floor
200 Vesey Street
New York, New York 10281-2101
Telephone: (212) 415-8600

Jamie M. Cheng (SBN 298750)
jamie.cheng@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500

Attorneys for Defendant and Counterclaimant FACTORY DIRECT WHOLESALE, LLC

**FILED**
CLERK, U.S. DISTRICT COURT
4/17/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINE STARS GROUP (U.S.A.) INC., <br><br>    Plaintiff, <br><br>    vs. <br><br> FACTORY DIRECT WHOLESALE, LLC, et al., <br><br>    Defendant. | Case No. 2:18-cv-06471-PSG-PJW <br><br> **[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT FACTORY DIRECT WHOLESALE, LLC** |

1

On April 6, 2020, the Court granted defendant Factory Direct Wholesale, LLC ("Defendant") summary judgment on the grounds that, based on the undisputed evidence, plaintiff Nine Stars Group (U.S.A) Inc.'s ("Plaintiff") asserted claims are invalid as anticipated in light of Chinese Patent No. 2765882. (Dkt. #106).

**IT IS HEREBY ADJUDGED, ORDERED, AND DECREED** that:

1. Judgment is entered in favor of Defendant and against Plaintiff as to each and every cause of action set forth in Plaintiff's complaint and in Defendant's counterclaim for a declaratory judgment of invalidity;

2. Plaintiff takes nothing by way of the causes of action set forth in the complaint; and

3. FDW is awarded its costs of suit, pursuant to Fed. R. Civ. P. 54(d) and Local Rule 54-1.

Dated: 4/17/2020

The Honorable Philip S. Gutierrez
United States Judge

2
[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT FACTORY DIRECT WHOLESALE, LLC